UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-10745-FMO (AGR) | Date | January 4, 2019 |
|---|---|---|---|
| Title | The People of South Central Los Angeles v. Ridley Thomas, et al. | | |

Present: The Honorable **Alicia G. Rosenberg, United States Magistrate Judge**

| Karl Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner | Attorneys Present for Respondent |
|---|---|
| None | None |

**Proceedings:** **In Chambers: ORDER RE ORDER TO SHOW CAUSE WHY THE COMPLAINT SHOULD NOT BE DISMISSED WITHOUT PREJUDICE AND WHY THE REQUEST TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED**

On December 28, 2018, The People of South Central Los Angeles filed a complaint and a request to proceed *in forma pauperis*. (Dkt. Nos. 1, 3.)

The complaint does not clearly allege what type of organization The People of South Central Los Angeles is. The complaint refers to 501(c)(3) paperwork. (Compl. at 10)[1]; *see* 26 U.S.C. § 501(c)(3) (tax exempt entities).

Only an individual may represent himself or herself in court. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). An individual "has no authority to appear as an attorney for others than himself." *Id.* (holding non-attorney cannot bring suit on behalf of trust); *see also Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993) ("a corporation may appear in the federal courts only through licensed counsel"). "No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." Local Rule 83-2.2.2.

IT IS THEREFORE ORDERED that The People of South Central Los Angeles shall have counsel file a Notice of Appearance in this matter on or before **February 4, 2019**. If counsel has not entered an appearance on or before February 4, 2019, the court may recommend denial of the request to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that the Clerk correct the docket to reflect that the Plaintiff is The People of South Central Los Angeles.

Nothing in this order precludes Mello R. Desire from filing a complaint in her own name and on

---

[1] The court cites the handwritten page number at the bottom of each page of the complaint.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-10745-FMO (AGR) | Date | January 4, 2019 |
|---|---|---|---|
| Title | The People of South Central Los Angeles v. Ridley Thomas, et al. | | |

her own behalf. However, Ms. Desire is advised that an individual seeking to represent herself must be "a person who by substantive law has the right sought to be enforced." *C.E. Pope*, 818 F.2d at 697 (finding individual may not sue in his own name to assert rights of another).

Initials of Preparer     kl